UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICIA CORLEY | CIVIL ACTION NO.: 11-cv-01567 |
| VERSUS | |
| | JUDGE MINALDI |
| NATIONAL AUTOMOTIVE INSURANCE COMPANY, AQUETTA BERNARD, AND FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY | MAGISTRATE JUDGE KAY |

**FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. Proc. 7.1, defendant, Farmers Texas County Mutual Insurance Company, respectfully submits the following Corporate Disclosure Statement:

1) Farmers Texas County Mutual Insurance Company is owned by its policy holders.

2. No part of Farmers Texas County Mutual Insurance Company is publicly held.

Respectfully Submitted:

**KINCHEN, WALKER, BIENVENU, BARGAS & REED, L.L.C.**

BY: *S/ VALERIE BRIGGS BARGAS*
 **VALERIE BRIGGS BARGAS (#27392)**
 6421 Perkins Road, Building C
 Ste. A
 Baton Rouge, LA 70809
 Telephone: (225) 757-0001
 Facsimile: (225) 757-0002

And

PLAUCHE SMITH & NIESET, LLC
1123 Pithon Street
Post Office Drawer 1705
Lake Charles, LA 70602
Telephone: (337) 436-0522
Facsimile: (337) 436-9637

ERIC W. ROAN, LSBA #22568
Attorney at Law
eroan@psnlaw.com

ATTORNEYS FOR DEFENDANT,
FARMERS TEXAS COUNTY
MUTUAL INS. CO.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Corporate Disclosure Statement was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record.

_____/S/ VALERIE BRIGGS BARGAS____
**VALERIE BRIGGS BARGAS**